Eric Morrison                                            May 12, 2021
  Inmate No. 16080-058
Low Security Correctional Inst.                          FILED
P.O. Box 999
Butner, NC 27509                                         MAY 17 2021

                                                         PETER A. MOORE, JR., CLERK
                                                         US DISTRICT COURT, EDNC
                                                         BY_____ DEP CLK

    United States District Court
Eastern District of North Carolina
150 Fayetteville Street
Raleigh, North Carolina 27601


        Your Honor,


    I am currently a federal inmate serving the balance of my
sentence at LSCI Butner in North Carolina. As a result of the
neglect, negligence, and deliberate indifference of the institution
and individual medical staff, I have suffered severe and permanent
injury as well as other damage, pain and suffering. The medical care
that I have received fell below normal acceptable standards of care.
    I have exhausted the administrative remedies available to me
through the B.O.P. I wish to pursue a lawsuit in federal court.
My medical conditions as well as the COVID-19 "lock-down" -
makes it very difficult to investigate, conduct discovery, and to
represent myself, and to file things pro-se. I cannot do this
alone. I am asking for the Court's help.
    Please grant me court appointed counsel and additional time
to pursue this matter and to serve all the correct parties.
    Thank you for your consideration and time.
    Eric Morrison

    Eric Morrison