**FILED**

AUG 1 8 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____
_____ DEP CLK

**United States District Court**
Eastern District of North Carolina
Western Division

Case No. 5:21-CT-3132-FL

(To be filled out by Clerk's Office only)

Eric Wilford Morrison

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 16080-058

**COMPLAINT**

-against-

*(Pro Se* Prisoner)

LSCI-Butner

P.O. Box 999

Butner N.C. 27509

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Eric Wilford Morrison
Name

16080-058
Prisoner ID #

LSCI-Butner
Place of Detention

P.O. Box 999, Butner N.C. 27509
Institutional Address

Butner                              N.C.                    27509
City                                State                   Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    C. Meyer - LSCI-Butner Medical
Name

Nurse Practioner
Current Job Title

LSCI-Butner
Current Work Address

Butner      N.C.      27509
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:    Tamara Lyn
Name

Warden
Current Job Title

LSCI- Butner
Current Work Address

Butner      N.C.      27509
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City              State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City              State           Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _LSCI-Butner_

Date(s) of occurrence: _6-6-20 until present_

State which of your federal constitutional or federal statutory rights have been violated:

_Violated 8th Amendment c real unusual punishment, malpractic medical_

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| Who did what to you? |
|---|

I was denied medical attention, I plead, begged for medical attention thru sick call forms, nurses, staff, doctors and even AW's and Captians, after pleading and begging for help after a week and a half I was seen by C. Meyer and was told I had a slight eye mygraine and was given an injection in my buttock and told if it didn't improve the following months to contact him at medical, which I tried but he was off from work that friday Morning 6-11-20

Page 5 of 10

**What happened to you?**

I eventually lost sight in my left eye compdetley, it started out as throbbing pain, then I was unable to move my eye without it hurting this whole time I've sent in sick call forms and talking to nurses that come to the housing unit each morning, due to negilence of medical after returning from the hospital for this problem, this problem spreaded over to my right eye causing the same symptoms because medical did not follow up on the doctors notes from the hospital by providing me with the medicine that they prescribed

**When did it happen to you?**

between the dates of 6-6-21 to present

**Where did it happen to you?**

LSCI-Butner Durhamn B housing, facilities and visitation room

Case 5:21-ct-03132-FL    Document 13    Filed 08/18/21    Page 6 of 10

| What was your injury? |
| --- |

my optic nerve had swollen up and could have ruptured leading to death, it swolled from the back of my eye all the way to my brain and but if medical would have seen me when the problem had first started it would have never gotten this worse or pushed me so close to death, I still suffer from foggy and blurry vision

Case 5:21-ct-03132-FL     Document 13     Filed 08/18/21     Page 7 of 10

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
 If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
 If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I can't ask for another life, I just about died because of the medical here negilance, I begged and pleaded for over a week and a half for help, if I was to have died I would have just been written off as a covid-19 patient, this is not the first case filed against this prison for negilance of medical, I'm asking for 50,000,000 and my freedom

Case 5:21-ct-03132-FL　　Document 13　　Filed 08/18/21　　Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   **1**

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number *2:16 cv 472*
- Nature of claim made *failure to help me while I couldn't breath, having an asthma attack*
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.) *Dismissed because of time default on my behalf*

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7-12-21
Dated

Eric Morrison
Plaintiff's Signature

Eric Morrison
Printed Name

16080-058
Prison Identification #

LSCI-Butner          Butner          N.C.     27509
Prison Address          City          State     Zip Code