**FILED**

JAN - 5 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

**Case No.** 5:21-Cf-3132-FL

(To be filled out by Clerk's Office only)

Eric Wilford Morrison

Inmate Number 16080-058

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

-against-

(*Pro Se* Prisoner)

Nurse C. Meyer

Warden Tamara Lyn

Jury Demand?
☑ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)_

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☑ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Eric Wilford Morrison
**Name**

16 080-058
**Prisoner ID #**

LSCI Butner low
**Place of Detention**

P.O. Box 999
**Institutional Address**

Butner N.C.          N.C.          27509
**City**                **State**        **Zip Code**

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee   ☐ State   ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☑ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: <u>Nurse C. Meyer</u>
Name

<u>Nurse</u>
Current Job Title

<u>P.O. Box 999</u>
Current Work Address

<u>Butner</u>        <u>N.C.</u>        <u>27509</u>
City                 State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 2: <u>Ex-Warden Tamara Lyn</u>
Name

<u>Don't know</u>
Current Job Title

Current Work Address

City                 State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:21-ct-03132-FL     Document 22     Filed 01/05/23     Page 4 of 10

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: ___Gutner low___

Date(s) of occurrence: ___4-12-20 ~ 8-12-20 Appox___

State which of your federal constitutional or federal statutory rights have been violated:

___14 amendment Due process___

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

<div style="border:1px solid">Who did what to you?</div>

Nurse C. Meyer ~~knew~~ days before he seen me what problems I was going thru because the nurses in which bring medicine to the units for AM-pm pill line said that they gave Nurse Meyers my sick call sheet on 2-3 different occasions leading up to Nurse Meyer coming to facilities looking at me then disgnosed me with this mygralne leading to 2 injections but said if that don't do any good to have the officer call for him the next day in which she tried but never came to work

that day. I told N.Meyer I'd been blind now for a few days before then my eye was hurting and I couldn't blink if I could, it hurted to and this was going on a few days before I went blind as a result from this my vision is fuzzy in both eyes and I don't know how long I'll be on kemo-injectiass

**What happened to you?**

I went blind in one eye, placed in Duke hospital under 1000 mg of steroids a day for 5 days sent back to LSCI Butner where they aint give me my medication which the doctor provided and said that I need, so the irretation went from my left eye to my right eye I complained for days and then was taking back out to Duke hospital because I went blind in my right eye because of what Nurse Meyer didn't do once again

**When did it happen to you?**

Approx 4-12-20 ~ 8-12-20

**Where did it happen to you?**

LSCI Butner while held in facilities sleeping on a cot over night, and in MMU continuing after leaving Duke hospital after 5 days

| What was your injury? | Vision loss, may be on Remo infusions the rest of my life because of the damage done by being untreated for so long |

Case 5:21-ct-03132-FL    Document 22    Filed 01/05/23    Page 7 of 10

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☑ Yes   ☐ No

    If no, explain why not:

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want the court to Bar Nurse Meyer and Ex Warder Lyn from ever working another job with inmates in their care as well as a settlement and health, medical care for the rest of my life

_____

_____

_____

Case 5:21-ct-03132-FL    Document 22    Filed 01/05/23    Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many? ____2____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

I had a at petersburg VA against medical, for not seeing me as I had an asthma attack, dismissed because I aint have no lawyer and I couldn't prove diliberate indifference because I just don't know to much about the law or have any money to pay someone to help me, don't have either case number because had to ship alot of property home due to the wardens new policy of having to much property

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12-13-22
Dated

Eric Morrison
Plaintiff's Signature

Eric Wilford Morrison
Printed Name

16050-058
Prison Identification #

P.O. Box 999     Butner     N.C.     27509
Prison Address      City      State    Zip Code